1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   REGINALD VENKAIYA,                          No.  2:22-cv-2189-MCE-KJN

12                Plaintiff,                      ORDER

13        v.                                      (ECF Nos. 9, 13, 15.)

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                  Defendant.
16

17        On October 18, 2023, the magistrate judge filed findings and recommendations (ECF No.

18   15), which were served on the parties and which contained notice that any objections to the

19   findings and recommendations were to be filed within fourteen (14) days.  No objections were

20   filed.  Accordingly, the Court presumes that any findings of fact are correct.  See Orand v. United

21   States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

22   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

23   1983).

24        The Court has reviewed the applicable legal standards and, good cause appearing,

25   concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly,

26   IT IS HEREBY ORDERED that:

27        1.  The findings and recommendations (ECF No. 15) are ADOPTED in full;

28        2.  Plaintiff's motion for summary judgment (ECF No. 9) is DENIED;

1

3.  The Commissioner's cross-motion (ECF No. 13) is GRANTED;

4.  The final decision of the Commissioner is AFFIRMED; and

5.  The Clerk of Court is directed to CLOSE this case.

   IT IS SO ORDERED.

Dated:  February 6, 2024

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE